IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cv-00070 OWW GSA |
| Plaintiff, ) | ORDER VACATING HEARING OF NOVEMBER 21, 2008, AND TAKING MATTER UNDER SUBMISSION |
| vs. ) | |
| 2004 NISSAN ARMADA, LICENSE NUMBER 5GRZ318, VIN: 5N1AA08B94N712700 ) | |
| Defendant. ) | |

Currently pending before this Court is Plaintiff's motion for default judgment. This motion is set for hearing on November 21, 2008, at 9:30 a.m. No opposition has been filed. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 21, 2008, is VACATED, and the parties shall not appear at that time. As of November 21, 2008, the Court will take the motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **November 19, 2008**          **/s/ Gary S. Austin**

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES MAGISTRATE JUDGE