1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-CV-00070-OWW-GSA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DEFAULT JUDGMENT AND FINAL |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | |
| 2004 NISSAN ARMADA, LICENSE NUMBER 5GRZ318, VIN: 5N1AA08B94N712700, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed September 12, 2008. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on December 23, 2008. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

///

///

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's November 24, 2008 Findings and Recommendations in full.

2. Tomas Revuelta is held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2004 Nissan Armada, License Number 5GRZ318, VIN: 5N1AA08B94N712700 (hereafter "defendant vehicle"), and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant vehicle to the United States of America, to be disposed of according to law, including all right, title, and interest of Tomas Revuelta.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   January 7, 2009**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE